**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Trevel Curtis Randolph., <br><br> Plaintiff, <br> vs. <br><br> Tempe Elementary School District, et al., <br><br> Defendants. | No. CV-25-03167-PHX-SPL <br><br> **ORDER** |

      In an Order dated September 18, 2025, the Court set a Preliminary Injunction Hearing in this matter for October 2, 2025 at 9:00 a.m. (Doc. 11). The Court also set several deadlines in anticipation of that hearing. (*Id.*). Among those was a deadline ordering Plaintiff to provide notice of the hearing to Defendants by sending them a copy of the Complaint, the Motion and Declaration for Temporary Restraining Order and Preliminary Injunction, and the Court's Order. (*Id.* at 5). Defendants were then ordered to file a Response to the pending Motion for Preliminary Injunction by September 24, 2025. (*Id.*).

      No response brief has been filed, and the deadline has passed to do so. The Court's Order included a warning to Defendants that failure to respond to the Motion for Preliminary Injunction could be deemed consent to granting the motion. (Doc. 11 at 6). However, it is unclear whether Plaintiff provided Defendants with notice as he was instructed to do. The Court will not grant summary relief absent a showing that Plaintiff actually notified Defendants of the hearing and his pending Motion. Accordingly,

Plaintiff must provide proof to the Court that he had provided Defendants notice of the lawsuit/hearing in accordance with the Court's previous Order (Doc. 11). In the meantime, the hearing set for October 2, 2025 will be vacated.

Accordingly,

**IT IS THEREFORE ORDERED** that Plaintiff must file proof of notice with the Court **by September 29, 2025** demonstrating he provided Defendants with notice of this lawsuit and the pending Motion for Preliminary Injunction in the time frame and manner ordered by the Court.

**IT IS FURTHER ORDERED vacating** the Preliminary Injunction Hearing in this matter set for **October 2, 2025 at 9:00 a.m.**

Dated this 25th day of September, 2025.

Honorable Steven P. Logan
United States District Judge